UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by \_\_\_\_ D.C.

FEB 01 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

CHARLES G BLANC, on behalf
of himself a Florida resident

    Plaintiff,

Case No.
**16-20361-CIV-UNGARO/OTAZO/REYES**

vs.

CITY OF HIALEAH POLICE DEPARTMENT
5555  E  8  AVE
Hialeah, FL 33013

and

WILLIAM  RAWLEY, individually
and  in  his  professional capacity
5555  E  8  AVE
Hialeah,  FL  33013

**COMPLAINT**

( Jury Trial Demanded )

and

RICHARD QUINTERO, individually
and in his professional capacity
5555  E  8  AVE
Hialeah,  FL  33013

    Defendant(s).
_____/

## INTRODUCTION

    This is a civil action commenced Pursuant to 42 U.S.C. § 1983 to redress the deprivation by the Defendants of right secured to Plaintiffs under the Fourth Amendment to the United States Constitution which occured when the Defendants entered the Plaintiff home without lawful authority. Plaintiff request that the United

States District Court Southern District Of Florida to grant the relief requested herein in order to Protect and Uphold the Precious Constitution.

## PARTIES

1. Plaintiff, Charles Blanc is an individual who is, and at all relevent times herein a Florida resident and is a Naturalized Citizen Of The United States Of America.

2. Defendant, City Of Hialeah Police Department is an agency which conducts it's duties in this district.

3. Defendant, William Rawley is a Sargent of the City Of Hialeah Police Department and conduct his duties as a Sargent of Hialeah Police Department.

4. Defendant, Richard Quintero is a Police Officer of the City Of Hialeah Police Department and conduct his duties as a Police Office for the City Of Hialeah Police.

## JURISDICTION AND VENUE

5. Jurisdiction is conferred on this Court by 28 U.S.C. § 1343 (a) (3) and 28 U.S.C. § 1343 (4), which provide for original jurisdiction in this Court of all suits.

6. This Court has subject matter jurisdiction over this case Pursuant to 28 U.S.C. § 1331 (Federal Question Jurisdiction). which states in pertinent part, "(t)he District Courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." at issue here is the unconstitutional violation of Plaintiffs, rights under the Fourth Amendments of the U.S. Constitution. and Pursuant to Title 42 U.S.C.

§ 1983 Civil action for Deprivation of rights. every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or territory or the district of colombia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law.

7. Venue properly lies in this Court Pursuant to 28 U.S.C. § 1391 in that all of the parties reside or do business in this district.

8. Plaintiff, Charles G Blanc alleges that, based on the places of business of the Defendants, City Of Hialeah Police Department, William Rawley, Richard Quintero, were the event giving rise to the claim/s herein alleged occurred in this district and that Defendants, reside in this district.

## STANDING

9. Plaintiff, bring this action because i have been directly affected, and severely damaged by the unlawful conduct complained herein. My injuries are related to the illegal acts of the Defendants City Of Hialeah Police Department, William Rawley, and Richard Quintero, jointly and severly, acting in their official capacities.

## STATEMENT OF FACTS

10. Plaintiff, Charles Blanc on 01/15/2013 placed Defendant's City Of Hialeah Police Department on notice for no trespassing warning sign posting.

11. On 01/10/2014 Defendant's City of Hialeah Police Department sent Sargent

2

William Rawley and Officer Richard Quintero to the Plaintiff, Charles Blanc home and knocked on the front door.

12. The brother of the Plaintiff Roger G Elias open the door Sargent William Rawley asks if Charles Blanc is home the brother Roger said yes he is in his bedroom Sargent Rawley asks were is his bedroom the brother points out the bedroom there Sargent Rawley asks the brother Roger to step outside Sargent Rawley and Officer Richard Quintero Step in the house. Officer Richard Quintero pushes the door open i the Plaintiff, Charles Blanc asks the Officer hello what's going on the Officer said step out of the bed, i Charles asks the Officer do you have a Warrant. The Officer saids don't worry just let me see your hands while i'am standing i say i'am shutting down my computer ok and handed him my personal representative paper. the Officer takes the paper and places me in handcuffs, and walks me outside the bedroom and hands out the paper to the Sargent William Rawley. and was taken from my bedroom home without an exparte Court order or an arrest warrant and no one called the police at any time.

13. I the Plaintiff, was taken to a Citrus Clinic a mental institute and escorted by a Police Officer James Yin of Hialeah Police Department.

14. While at citrus clinic i the Plaintiff, Charles Blanc accidentally while stretching my shoulder barely touching Officer James Yin on the chin, of the City of Hialeah Police Department.

3

15. Plaintiff, Charles Blanc was maliciously beaten while in handcuffs on the floor as of being punched kicked and hit with a stunt gun on the neck.

16. Defendant's City of Hialeah Police Department, William Rawley, Richard Quintero acting in their official capacity and personally, violating my Fourth Amendment right. i the Plaintiff, Charles G Blanc was arrested and taken to Miami-Dade County jail.

17. Plaintiff, Charles G Blanc had to post bond to get out of jail.

18. Plaintiff, Charles G Blanc had to go through over 2 years Of criminal proceedings.

19. Plaintiff, Charles G Blanc had to ride the Miami-Dade County bus and catch the Metro-train on many occasions in order to make these Court hearings.

20. Plaintiff, Charles Blanc had to wait one hour to 5 hours for many of the hearing dates through the two year criminal proceedings.

21. I The Plaintiff, Charles Blanc had to get treatment for my lower back and neck and still in pain till today.

## CLAIM FOR RELIEF FOR FOURTH AMENDMENT VIOLATION

22. Plaintiff reallege all of the previous allegations in paragraphs 1 through 21 of this Complaint with the same force and affect, as if fully set forth herein again.

4

23. Defendants, City Of Hialeah Police Department Sargent William Rawley and Officer Richard Quintero entered my home and took me from my bedroom acting in their official capacity and personally, abridged and violated Charles Blanc the Plaintiff, Fourth Amendment right. which is protected by our Precious Constitution.

24. By reason of the wrongful conduct of these Defendants, i the Plaintiff was severely and maliciously beaten by Officer James Yin and have suffered and continue to suffer from severe emotional distress and physical harm, and loss of society accordingly.

25. As a direct and proximate result of the intentional and willful actions of the Defendants, City Of Hialeah Police Department, William Rawley, Richard Quintero Plaintiff, Charles G Blanc demand that judgment be entered against Defendants, City Of Hialeah Police Department, William Rawley, Richard Quintero each and every one of them, jointly and severally, including an award of compensatory damages, equitable relief, for there conduct in willful and wanton disregard of my rights the Plaintiff in an amount to be determined by the finder of fact in accordance with the proof, and such other relief as the Court may deem just and proper.

## PRAYER FOR RELIEF

26. Plaintiff respectfully demand that judgment be entered against Defendants, each and every one of them, jointly and severally, for compensatory damages because of the Defendants illegal actions causing this demonstrable injury to the Plaintiff and

because of the Defendants reckless indifference and malicious acts willful and wanton disregard of my rights the Plaintiff in an amount to be determined by the finder of fact in accordance with the proof, and such other relief as the Court may deem just and proper.

### JURY TRIAL DEMANDED

Plaintiff respectfully demands a trial by jury on all issues so triable.

Dated: Feb 01, 2016.

Respectfully Submitted,

*Charles Blanc*
Charles G Blanc

109 E 48 ST
Hialeah, FL 33013
Ph: 305-556-7128
E-mail: demeter20z@yahoo.com